UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN D. GALLOT,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO SHERIFF DEPT., et al.,<br><br>    Defendants. | Case No. 19-01367 BLF (PR)<br><br>**ORDER *SUA SPONTE* GRANTING EXTENSION OF TIME TO FILE COMPLETE APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |

On April 18, 2019, Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against various State and City of San Francisco officials and departments. (Docket No. 4[1]). Plaintiff was advised through a Clerk's notice that he must either pay the full filing fee or file an application to proceed *In Forma Pauperis* in order to proceed with this action. (Docket No. 3.)

Plaintiff has filed an IFP application which is insufficient because he did not sign

---

[1] Plaintiff filed a copy of a "prisoner action request" form which the Clerk of the Court construed as an attempt to file a civil suit. (Docket No. 1.) In response to a clerk's notice advising him that he must file a proper complaint, (Docket No. 2), Plaintiff filed a complaint using the court form on April 18, 2019, which is the operative complaint in this matter.

and date the form nor did he submit a Certificate of Funds in Prisoner's Account and a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 5.) Plaintiff indicates on the last page of the application that his "account has been compromised" and that he has sent the Certificate of Funds to the prisoner legal services with no response. (*Id.* at 4.)

In the interest of justice, the Court *sua sponte* grants Plaintiff an extension of time to file a signed IFP application along with the supporting documents. Plaintiff shall file a complete IFP application **no later than twenty-eight (28) days** from the filing date of this order.

**Failure to file a complete IFP application in the time provided shall result in this action being dismissed without prejudice and without further notice to Plaintiff.**

**IT IS SO ORDERED.**

Dated: September 4, 2019

BETH LABSON FREEMAN
United States District Judge