UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN DANIEL GALLOT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN FRANCISCO SHERIFF DEPT., et al.,<br><br>　　　　Defendants. | Case No. 19-01367 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

On April 18, 2019, Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against various State and City of San Francisco officials and departments. (Docket No. 4.) Plaintiff was advised through a Clerk's notice that he must either pay the full filing fee or file an application to proceed *In Forma Pauperis* in order to proceed with this action. (Docket No. 3.)

After Plaintiff filed an IFP motion that was insufficient because he failed to sign the application and provide the necessary supporting documents, (Docket No. 5), the Court *sua sponte*, in the interest of justice, granted an extension of time for Plaintiff to file a signed IFP application along with supporting documents. (Docket No. 9.) Plaintiff was advised that failure to file the required documents in the time provided would result in this

action being dismissed without prejudice and without further notice to Plaintiff. (*Id.* at 2.) The court order was filed on September 4, 2019, and Plaintiff's response was due no later than twenty-eight (28) days from that date, i.e., by October 2, 2019. (*Id.*) That deadline has passed, and Plaintiff has failed to comply. Accordingly, this action is **DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending motions, (Docket No. 5), and close the file.

**IT IS SO ORDERED.**

Dated: October 15, 2019

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.19\01367Gallot_dis-ifp-compl.