UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN DANIEL GALLOT,<br>　　　　Plaintiff,<br>　　v.<br>SAN FRANCISCO SHERIFF DEPT., et al.,<br>　　　　Defendants. | Case No. 19-01367 BLF (PR)<br>**JUDGMENT** |

　　　　The Court has dismissed the instant civil rights action without prejudice for failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

　　　　The Clerk shall close the file.

　　　　**IT IS SO ORDERED.**

Dated: __October 15, 2019__　　　　　　　　　　*Beth Labson Freeman*
　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge